IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

       Plaintiff,　　　　　　　　　　No. CIV S-07-0902 FCD JFM P

  vs.

THERESA SCHWARTZ, Warden, et al.,

       Defendants.　　　　　　　　　ORDER

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On August 14, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Dr. Ohai, RN Rosalia and Nurse Practitioner Dalisay Tayo-Samoni were returned unserved because "defendants are unknown." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court is directed to send to plaintiff three USM-285 forms,

3 along with an instruction sheet and a copy of the complaint filed May 14, 2007;

4       2. Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7         a. One completed USM-285 form for each defendant;

8         b. Four copies of the endorsed complaint filed May 14, 2007; and

9         c. One completed summons form (if not previously provided)

10 or show good cause why he cannot provide such information.

11 DATED: August 20, 2007.

                UNITED STATES MAGISTRATE JUDGE

/mp
schi0902.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

       Plaintiff,                          No. CIV S-07-0902 FCD JFM P

   vs.

THERESA SCHWARTZ, Warden,        <u>NOTICE OF SUBMISSION</u>
et al.,
                                              <u>OF DOCUMENTS</u>
       Defendants.
_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the <u>May 14, 2007</u>
                           Complaint

DATED:

                                                  _____
                                                  Plaintiff