IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

    Plaintiff,                                            No. CIV S-07-0902 FCD JFM P

    vs.

THERESA SCHWARTZ, Warden, et al.,

    Defendants.                                       ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed August 21, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On October 4, 2007, plaintiff submitted the copies of the complaint but failed to submit three USM-285 forms with the addresses of the defendants included.

        On October 4, 2007, plaintiff filed a request for court intervention. Plaintiff states he has been trying to locate defendants Dr. Ohai, RN Rosalia and Nurse Practitioner Dalisay Taya-Samoni but said attempts have been unsuccessful. (Id. at 2.) Good cause appearing, defendants' counsel shall query the Department of Corrections to ascertain the whereabouts of defendants Ohai, Rosalia and Taya-Samoni. If defendants are still employed with the

1

Department of Corrections or any other California state agency, counsel shall provide the business address to plaintiff.  If counsel is otherwise informed of the business address of defendants, counsel shall provide the address to plaintiff.  In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of these defendants, counsel shall so inform the court.  Defendants' counsel shall file and serve the appropriate response within twenty days of the file date of this order.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's October 4, 2007 request (Docket No. 21) is granted;

        2.  Within twenty days of the date of this order, counsel for defendants shall comply with this order and notify plaintiff of the business addresses of defendants Dr. Ohai, RN Rosalia and Nurse Practitioner Dalisay Taya-Samoni.  In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of these defendants, counsel shall so inform the court.

DATED:  October 23, 2007.

UNITED STATES MAGISTRATE JUDGE

/001
schi0902.8es