IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

    Plaintiff,                      No. CIV S-07-0902 FCD JFM P

    vs.

THERESA SCHWARTZ, Warden, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On October 4, 2007, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.[1]

---

[1] Plaintiff states he wishes to amend his complaint to name CCI Caravello, plaintiff's counselor. Plaintiff alleges that he spoke to CCI Caravello on September 23, 2005, but she stated "she had no control over getting [plaintiff] moved into a lower bunk. But she made some phone calls trying to get me a temporary wheelchair because the crutches were not working." (Complt. at 5-6.)

1

Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 4, 2007 motion for leave to amend is denied without prejudice.

2. Plaintiff's October 4, 2007 motion for the appointment of counsel is denied.

DATED: October 23, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; schi0902.10b

---

Plaintiff is cautioned that these allegations, without more, fail to state a claim. (<u>See</u> May 23, 2007 Order at 2-3.)

2