IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

    Plaintiff,                       No. CIV S-07-0902 FCD JFM P

    vs.

THERESA SCHWARTZ, Warden, et al.,

    Defendants.                   FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Service of process on defendants Dr. Ohai, RN Rosalia and Nurse Practitioner Dalisay Taya-Samoni remains outstanding. Plaintiff sought the court's assistance in locating these defendants and, on October 24, 2007, defendants were directed to query the Department of Corrections to ascertain the whereabouts of defendants Ohai, Rosalia and Taya-Samoni and notify the court of the information obtained.

        On November 1, 2007, defendants notified the court that none of these individuals are presently employed by the California Department of Corrections and Rehabilitation or the State of California. (Id. at 2.) Defendants also researched the internet for current business addresses for Dr. Ohai, RN Rosalia and Nurse Practitioner Dalisay Taya-Samoni, but such efforts were unsuccessful. (Id.) Plaintiff has provided no further information to serve these defendants.

1

      Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time;
> . . . .

Fed. R. Civ. P. 4(m).  The instant complaint was filed May 14, 2007, two months past the 120 day period for service of process set forth in Rule 4(m).  Moreover, plaintiff has and other-served defendants have been unsuccessful in locating these defendants.

      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Ohai, Rosalia and Taya-Samoni be dismissed pursuant to Fed. R. Civ. P. 4(m).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  November 28, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; schi0902.4m