IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRYL W. SCHILLING,**<br><br>                                        Plaintiff,<br><br>          v.<br><br>**THERESA SCHWARTZ, WARDEN et al. ,**<br><br>                                        Defendants. | 2:07-CV-0902 FCD JFM P<br><br>**ORDER** |

   GOOD CAUSE having been demonstrated, Defendants Kofoed, Murray, Regacho, Thomas, and Zepeda's request for an extension of time to complete responses to Plaintiff's discovery is GRANTED.

   Defendants Kofoed, Murray, Regacho, Thomas, and Zepeda shall have up to an including an additional 45-days, from November 30, 2007, to complete their discovery responses

   IT IS SO ORDERED.

DATED:  December 6, 2007.

UNITED STATES MAGISTRATE JUDGE

/schil0902.eot

Order

1