1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

11

         Plaintiff,                No. CIV S-07-0902 FCD JFM P

12

     vs.

13

THERESA SCHWARTZ, Warden,

14 et al.,

15

         Defendants.        ORDER

16 _____/

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18 42 U.S.C. § 1983.  Several matters are pending before the court.

19         On March 6, 2008, plaintiff filed documents styled Request for Use of Juror

20 Questionnaire, Motion Seeking Courts [sic] Approval to Wear Personal Clothing, and Motion

21 Seeking Courts [sic] Approval for Plaintiff to be Free of Mechanical Restraints.  On March 13,

22 2008, plaintiff filed a motion seeking permission for his trial witnesses to be free of restraints and

23 dressed in personal clothing at trial.  These motions are in the nature of motions in limine.  This

24 matter is set for pretrial conference on the papers on July 11, 2008 and for jury trial in the district

25 court on October 7, 2008.  A schedule for filing motions in limine will be set, as appropriate, in

26 the pretrial order.  The motions filed by plaintiff on March 6, 2008 and March 13, 2008 are

1  premature and will be denied without prejudice to their renewal, as appropriate, at a subsequent

2  stage of these proceedings.

3          On March 17, 2008, defendants filed a motion for extension of time to file a

4  motion for summary judgment.  Defendants seek an extension of time until April 25, 2008 to file

5  and serve their motion for summary judgment.  As defendants note in their request, plaintiff's

6  pretrial statement is due on June 20, 2008.  Good cause appearing, defendants' request for

7  extension of time will be granted in part.  The deadline for filing dispositive motions will be

8  extended to April 16, 2008.  All dispositive motions shall be briefed in accordance with the

9  provisions of Local Rule 78-230(m) and this court's order filed June 19, 2007.

10          In accordance with the above, IT IS HEREBY ORDERED that:

11          1.  Plaintiff's March 6, 2008 Request for Use of Juror Questionnaire is denied

12  without prejudice;

13          2.  Plaintiff's March 6, 2008 Motion Seeking Courts [sic] Approval to Wear

14  Personal Clothing is denied without prejudice;

15          3.  Plaintiff's March 6, 2008 Motion Seeking Courts [sic] Approval for Plaintiff to

16  be Free of Mechanical Restraints is denied without prejudice;

17          4.  Plaintiff's March 13, 2008 motion for permission for his trial witnesses to be

18  free of restraints and dressed in personal clothing is denied without prejudice;

19          5.  Defendants' March 17, 2008 motion for extension of time is granted in part;

20          6.  The deadline for filing dispositive motions is extended to April 16, 2008.

21  DATED:  April 3, 2008.

22

23                                                UNITED STATES MAGISTRATE JUDGE

24

25  12
    schi0902.o
26

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26