IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

       Plaintiff,                    No. CIV S-07-0902 FCD JFM P

   vs.

THERESA SCHWARTZ, Warden,
et al.,

       Defendants.            <u>ORDER</u>

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 18, 2008, plaintiff filed a request for two "regular" subpoenas and three subpoenas duces tecum. Plaintiff has not provided any information about the basis for his need for said subpoenas. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's March 18, 2008 request is denied without prejudice.

DATED: April 8, 2008.

                                             UNITED STATES MAGISTRATE JUDGE

12;schi0902.o2

1