IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

    Plaintiff,                              No. CIV S-07-0902 FCD JFM P

    vs.

THERESA SCHWARTZ, Warden, et al.,

    Defendants.                    ORDER

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2008, plaintiff filed a request for an extension of time to file and serve an opposition to defendants' April 16, 2008 motion for summary judgment. On May 7, 2008, plaintiff filed a request pursuant to Rule 56(f) of the Federal Rules of Civil Procedure for postponement of consideration of defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Plaintiff's April 28, 2008 motion for an extension of time is granted;

         2. Plaintiff's May 7, 2008 Rule 56(f) request is granted in part; and

/////

/////

/////

1

1         3.  Plaintiff is granted ninety days from the date of this order in which to file and serve an opposition to defendants' April 16, 2008 motion for summary judgment.

DATED: May 28, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
schi0902.36