IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRYL W. SCHILLING,** | 2:07-CV-0902 FCD JFM |
| Plaintiff, | **ORDER** |
| v. | |
| **THERESA SCHWARTZ, WARDEN et al.,** | |
| Defendants. | |

Due to the pendency of defendants' motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that the dates for filing pretrial statements, the pretrial conference set for July 11, 2008 before the undersigned, and the jury trial set for October 7, 2008 before the Honorable Frank C. Damrell, Jr. are vacated. Said dates will be reset, as appropriate, following disposition of defendants' motion for summary judgment.

Dated: June 13, 2008.

UNITED STATES MAGISTRATE JUDGE

12;schi0902.vac

Order

1