1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL W. SCHILLING,

11           Plaintiff,                        No. 2:07-cv-0902-FCD-JFM (PC)

12       vs.

13   THERESA SCHWARTZ, Warden,
     et al.,
14
             Defendants.                       ORDER
15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On February 19, 2009, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Defendants

22   have filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

                                                1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. The findings and recommendations filed February 19, 2009, are adopted in

3 full;

4         2. Defendants' April 16, 2008 motion for summary judgment is granted in part

5 and denied in part;

6         3. Summary judgment is granted for defendants Regacho and Bick;

7         4. Summary judgment is denied for defendants Coy, Haile, McAllister and

8 Kofoed; and

9         5. This matter is referred back to the magistrate judge for further pretrial

10 proceedings.

11 DATED: March 13, 2009.

12

13         FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26