IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL W. SCHILLING,

      Plaintiff,                    No. 2:07-cv-0902-FCD-JFM (PC)

    vs.

THERESA SCHWARTZ, Warden, et al.,

      Defendants.             ORDER

                                  /

        The parties have filed a joint request to refer this case to the Pro Se Mediation Program with Magistrate Judge Vadas. Having considered the parties' request to refer this case to the Pro Se Mediation Program with Magistrate Judge Vadas and good cause appearing, IT IS ORDERED that:

        1. The May 5, 2009 request of the parties to refer this case to the Pro Se Mediation Program is granted.

        2. This case is referred to the Pro Se Mediation Program with Magistrate Judge Vadas.

        3. Within fourteen days of completing the mediation with Judge Vadas, the parties will file a status report with the Court.

/////

1

5. The parties are relieved of the obligation to file pretrial statements until further order of court.

6. The pretrial conference set for June 26, 2009 before the undersigned is vacated and will be reset, as appropriate, should mediation prove unsuccessful.

7. Plaintiff's April 16, 2009 request for the attendance of incarcerated witnesses at trial is denied without prejudice.

8. Plaintiff's April 30, 2009 motions are denied without prejudice.

9. The matter remains set for jury trial before the Honorable Frank C. Damrell, Jr. on January 12, 2010.

DATED: May 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
schi0902.med