EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
KENNETH R. WILLIAMS, State Bar No. 73170
Supervising Deputy Attorney General
STANTON W. LEE, State Bar No. 203563
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-9921
 Fax: (916) 324-5205
 E-mail: stanton.lee@doj.ca.gov
*Attorneys for Defendants*
*McAllister, Haile, Coy, Kofoed, Shelton, Zepeda,*
*and Thomas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRYL W. SCHILLING,**<br><br>Plaintiff,<br><br>v.<br><br>**THERESA SCHWARTZ, WARDEN et al.,**<br><br>Defendants. | 2:07-CV-0902 FCD JFM P<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Darryl Schilling (CDCR No. J-21414), Plaintiff in this matter, stipulates to dismiss

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE  (2:07-CV-0902 FCD JFM P)

Defendants McAllister, Haile, Kofoed, and Coy, with prejudice.  By entering into this stipulation Defendants do not admit to liability or any of the allegations in the complaint.

Dated: September 21, 2009          By: **/s/ Darryl Schilling**
                                       Darryl Schilling (CDCR NO. J-21414),
                                       Plaintiff

Dated: September 21, 2009          By: **/s/ Stanton W. Lee**
                                       Stanton W. Lee
                                       Deputy Attorney General,
                                       Attorney for Defendants

**SO ORDERED.**

Dated: September 28, 2009.         _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE