IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Schilling,

    Plaintiff,

        v

Schwartz,

    Defendants.

Case No C 07-0902 FCD JFM (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on September 21, 2009. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

- ☒ Plaintiff - Darryl Schilling
- ☐ Warden or warden's representative
- ☒ Office of the California Attorney General - Stanton Lee
- ☒ Other: California Department of Corrections and Rehabilitation - Stephanie Wheatley

(2)  The following individuals, parties, and/or representatives did not appear:

(3)  The outcome of the proceeding was:

&boxtimes; The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement.

☐ The parties are unable to reach an agreement at this time.

Date:  October 20, 2009

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

Schilling,

        Plaintiff,

 v.

Schwartz,

        Defendant.
                                                   /

Case Number: C07-902 FCD JFM (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Darryl W. Schilling**
J-21414
PELICAN BAY STATE PRISON (7000)
P.O. BOX 7000
CRESCENT CITY, CA 95531-7000

Dated: October 20, 2009

                              Richard W. Wieking, Clerk
                              By: Gloria Masterson, Deputy Clerk